UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FRANCIS PALARDY | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:21-CV-625-SDJ |
| | § | |
| SOFTWORLD, INC., ET AL. | § | |
| | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 9, 2022, the Report of the Magistrate Judge, (Dkt. #41), was entered containing proposed findings of fact and the recommendation that pro se Plaintiff Francis Palardy's Motion for Partial Summary Judgment, (Dkt. #14), be denied without prejudice.

Having received the Report, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Accordingly, the Report and Recommendation of the Magistrate Judge, (Dkt. #41), is **ADOPTED** as the opinion of the Court. It is therefore **ORDERED** that Palardy's Motion for Partial Summary Judgment, (Dkt. #14), is **DENIED without prejudice**.

2

**So ORDERED and SIGNED this 29th day of September, 2022.**

_____

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE