UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FRANCIS PALARDY | § | |
| | § | |
| v. | § | |
| | § | CIVIL NO. 4:21-CV-625-SDJ |
| SOFTWORLD, INC., ET AL. | § | |
| | § | |

### ORDER

Before the Court is Plaintiff Francis Palardy's Unopposed Motion to Dismiss with Prejudice all claims against Defendants Softworld, Inc., and United Services Automobile Association. (Dkt. #49). Having considered the motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that Plaintiff Francis Palardy's Motion to Dismiss all claims against Defendants Softworld, Inc. and United Services Automobile Association, with prejudice is **GRANTED**, and all claims and causes of action by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action. Costs of court and attorney's fees are to be borne by the party incurring same.

**So ORDERED and SIGNED this 17th day of November, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE